ELIZA LANDAU, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Landau* v. *N. Y. C. & H. R. R. R. Co.*, 115 App. Div. 921, affirmed. (Argued January 27, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 27, 1906, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*D. F. Searle* and *Ward J. Cagwin* for appellant.

*Charles T. Titus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.